

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = illegal ass
Search Results: Displaying 2 of 3 entries



*Illegal ass 2.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001366719 / 2007-03-02
**Title:** Illegal ass 2.
**Copyright Claimant:** Third Degree Films
**Date of Creation:** 2006
**Date of Publication:** 2006-12-05
**Copyright Note:** Cataloged from appl. only.

**Names:** Third Degree Films



| Save, Print and Email (**Help Page**) ||
|---|---|
| Select Download Format | Full Record  Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page