**Exhibit A**

Table of Last-Observed Infringements by Defendants of Third Degree's Copyright in the Motion Picture "Illegal Ass 2," Copyright Reg. No. PA0001366719

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.109.24.13 | 2011-06-26 02:34:36 -0400 | Sprint PCS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 2 | 108.118.69.231 | 2011-07-07 18:23:04 -0400 | Sprint PCS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 3 | 108.9.34.197 | 2011-05-22 00:59:44 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 4 | 108.9.35.88 | 2011-05-22 22:44:33 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 5 | 173.162.92.218 | 2011-06-03 17:49:55 -0400 | Comcast Business Communications | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 6 | 173.168.153.238 | 2011-05-30 17:44:41 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 7 | 173.168.153.9 | 2011-06-27 09:48:17 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 8 | 173.168.155.40 | 2011-07-22 02:59:52 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 9 | 173.168.182.181 | 2011-05-16 08:55:10 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 10 | 173.168.212.142 | 2011-06-17 16:59:17 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 11 | 173.168.69.149 | 2011-06-05 23:00:57 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 12 | 173.168.84.234 | 2011-07-24 12:04:32 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 13 | 173.169.111.240 | 2011-07-18 06:00:51 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 14 | 173.169.147.193 | 2011-07-01 12:40:35 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 15 | 173.169.160.164 | 2011-07-06 17:29:41 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 16 | 173.169.210.128 | 2011-06-12 01:57:22 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 17 | 173.169.226.169 | 2011-06-07 16:02:09 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 18 | 173.169.61.71 | 2011-06-17 02:59:39 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 19 | 173.171.129.146 | 2011-07-08 20:37:02 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 20 | 173.171.31.105 | 2011-07-15 14:54:30 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 21 | 173.19.10.204 | 2011-07-21 12:08:33 -0400 | MEDIACOM COMMUNICATIONS CORP | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 22 | 173.26.54.94 | 2011-05-31 22:27:33 -0400 | MEDIACOM COMMUNICATIONS CORP | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 23 | 173.65.132.181 | 2011-06-20 16:50:14 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 24 | 173.65.158.217 | 2011-06-16 16:22:47 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 25 | 173.65.163.129 | 2011-06-14 12:42:05 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 26 | 173.65.184.170 | 2011-05-30 15:33:11 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 27 | 173.65.185.237 | 2011-05-16 16:16:52 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 28 | 173.65.216.89 | 2011-05-31 18:18:45 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 29 | 173.65.220.144 | 2011-07-25 22:32:22 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 30 | 173.65.49.162 | 2011-06-30 18:09:06 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 31 | 173.78.1.77 | 2011-06-15 20:07:58 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 32 | 173.78.120.165 | 2011-07-08 21:53:33 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 33 | 173.78.209.3 | 2011-07-10 19:25:56 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 34 | 173.78.47.254 | 2011-06-26 02:34:36 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 35 | 174.48.122.205 | 2011-06-12 07:35:07 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 36 | 174.48.127.135 | 2011-07-16 23:25:22 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 37 | 174.48.150.30 | 2011-06-23 11:08:08 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 38 | 174.48.191.68 | 2011-06-07 18:59:28 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 39 | 174.48.252.51 | 2011-06-13 10:53:39 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 40 | 174.48.52.40 | 2011-05-15 15:22:04 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 41 | 174.58.0.195 | 2011-06-20 16:17:45 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 42 | 174.58.249.48 | 2011-07-25 01:52:07 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 43 | 174.58.25.188 | 2011-06-02 12:43:26 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 44 | 174.61.105.252 | 2011-05-17 21:46:28 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 45 | 174.61.86.16 | 2011-05-31 18:23:37 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 46 | 174.61.89.70 | 2011-07-03 19:37:35 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 47 | 184.88.152.75 | 2011-07-07 20:23:35 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 48 | 184.88.3.45 | 2011-05-11 00:53:22 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 49 | 184.88.57.92 | 2011-06-18 02:59:55 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 50 | 184.91.180.13 | 2011-07-06 22:40:54 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 51 | 184.91.202.120 | 2011-05-25 08:27:56 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 52 | 184.91.254.117 | 2011-07-07 16:55:49 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 53 | 184.91.41.138 | 2011-07-15 22:42:13 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 54 | 24.110.251.152 | 2011-05-21 21:02:05 -0400 | EarthLink | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 55 | 24.127.225.55 | 2011-06-02 17:02:50 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 56 | 24.127.240.106 | 2011-05-19 21:52:26 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 57 | 24.129.105.213 | 2011-05-23 15:23:03 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 58 | 24.129.106.112 | 2011-07-06 08:51:42 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 59 | 24.129.43.163 | 2011-07-01 00:23:04 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 60 | 24.136.39.114 | 2011-07-08 02:50:22 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 61 | 24.160.76.143 | 2011-06-05 00:09:34 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 62 | 24.164.56.220 | 2011-07-14 23:43:04 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 63 | 24.227.39.102 | 2011-05-25 17:03:20 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 64 | 24.250.215.237 | 2011-07-18 03:14:32 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 65 | 24.250.234.35 | 2011-05-21 15:23:57 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 66 | 24.26.89.102 | 2011-07-19 12:09:31 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 67 | 24.92.173.69 | 2011-05-19 01:43:35 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 68 | 24.92.174.57 | 2011-05-16 18:39:45 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 69 | 24.92.182.22 | 2011-07-13 02:35:31 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 70 | 24.92.191.215 | 2011-05-22 10:59:55 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 71 | 24.92.206.161 | 2011-06-18 17:27:30 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 72 | 50.81.108.44 | 2011-05-25 17:32:30 -0400 | MEDIACOM COMMUNICATIONS CORP | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 73 | 65.32.218.9 | 2011-05-26 11:28:07 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 74 | 65.32.51.47 | 2011-05-31 01:35:38 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 75 | 65.32.64.215 | 2011-07-03 00:44:18 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 76 | 65.32.76.94 | 2011-07-17 09:35:49 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 77 | 65.34.246.230 | 2011-06-06 17:48:24 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 78 | 65.34.74.97 | 2011-05-11 13:04:31 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 79 | 65.34.87.129 | 2011-06-28 17:50:21 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 80 | 66.176.155.33 | 2011-06-15 10:19:25 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 81 | 66.176.178.253 | 2011-05-26 00:23:02 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 82 | 66.176.225.105 | 2011-06-06 16:56:04 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 83 | 66.176.30.143 | 2011-05-11 19:04:53 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 84 | 66.176.63.248 | 2011-07-23 15:04:30 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 85 | 66.176.73.223 | 2011-06-28 16:15:10 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 86 | 66.177.174.62 | 2011-06-12 14:16:45 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 87 | 66.177.32.106 | 2011-05-15 02:43:03 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 88 | 66.177.59.156 | 2011-07-24 16:18:10 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 89 | 66.177.86.180 | 2011-07-12 19:34:18 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 90 | 66.229.164.245 | 2011-07-19 18:49:29 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 91 | 66.229.235.219 | 2011-07-05 20:50:23 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 92 | 66.229.46.181 | 2011-05-25 23:37:04 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 93 | 67.190.226.172 | 2011-05-29 01:42:19 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 94 | 67.190.237.0 | 2011-07-16 02:59:54 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 95 | 67.191.126.120 | 2011-06-23 21:27:18 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 96 | 67.191.16.143 | 2011-07-05 17:22:44 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 97 | 67.8.133.144 | 2011-06-27 02:37:27 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 98 | 67.8.160.94 | 2011-07-05 02:55:14 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 99 | 67.8.178.134 | 2011-06-21 01:49:33 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe | IP | Timestamp | ISP | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 100 | 67.8.185.126 | 2011-05-16 11:36:29 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 101 | 67.8.34.186 | 2011-07-08 18:09:25 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 102 | 68.1.101.71 | 2011-05-31 20:30:39 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 103 | 68.1.114.254 | 2011-06-28 21:06:56 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 104 | 68.1.66.32 | 2011-06-21 00:10:38 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 105 | 68.200.237.26 | 2011-05-13 00:53:47 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 106 | 68.200.253.135 | 2011-05-19 21:51:38 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 107 | 68.202.12.69 | 2011-06-30 20:29:04 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 108 | 68.202.158.122 | 2011-05-27 01:08:25 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 109 | 68.202.38.1 | 2011-07-14 03:20:54 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 110 | 68.202.48.97 | 2011-07-20 12:16:45 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 111 | 68.202.49.168 | 2011-07-14 15:56:52 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 112 | 68.202.98.42 | 2011-06-24 15:41:09 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 113 | 68.204.60.193 | 2011-06-22 23:25:18 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 114 | 68.205.107.18 | 2011-05-23 21:08:49 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 115 | 68.205.143.182 | 2011-06-29 11:46:09 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 116 | 68.205.96.88 | 2011-05-17 17:25:01 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 117 | 68.207.235.60 | 2011-05-21 18:54:17 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 118 | 68.35.233.192 | 2011-05-31 09:27:41 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 119 | 68.51.255.49 | 2011-07-23 18:04:44 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 120 | 68.56.120.3 | 2011-06-28 23:04:24 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 121 | 68.59.54.164 | 2011-06-12 02:40:19 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 122 | 68.59.72.244 | 2011-06-10 03:28:17 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 123 | 68.63.237.132 | 2011-05-20 03:53:58 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 124 | 68.84.29.179 | 2011-05-23 13:31:47 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 125 | 69.138.116.255 | 2011-07-03 13:48:04 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 126 | 69.138.121.168 | 2011-06-17 14:23:57 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 127 | 69.138.142.167 | 2011-06-18 03:38:09 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 128 | 69.138.142.173 | 2011-06-15 20:07:58 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 129 | 69.138.142.204 | 2011-06-17 02:59:39 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 130 | 69.244.208.32 | 2011-06-01 04:32:06 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 131 | 69.247.228.76 | 2011-06-04 23:59:25 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 132 | 69.247.50.159 | 2011-07-19 23:36:16 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 133 | 70.119.215.222 | 2011-05-27 00:24:42 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 134 | 70.125.13.104 | 2011-05-29 00:59:29 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 135 | 70.126.142.170 | 2011-06-03 10:19:05 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 136 | 70.126.166.22 | 2011-07-24 13:57:05 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 137 | 70.126.98.138 | 2011-07-17 02:33:41 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 138 | 70.127.36.84 | 2011-06-20 05:50:29 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 139 | 70.127.50.174 | 2011-05-27 07:04:31 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 140 | 70.187.32.252 | 2011-06-02 12:44:51 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 141 | 70.187.84.146 | 2011-07-09 15:29:36 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 142 | 70.188.227.11 | 2011-06-15 00:59:14 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 143 | 71.101.92.64 | 2011-06-20 18:16:08 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 144 | 71.122.132.160 | 2011-05-23 15:23:51 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 145 | 71.180.180.49 | 2011-07-14 14:26:01 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 146 | 71.180.87.81 | 2011-07-23 17:12:23 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 147 | 71.196.10.150 | 2011-05-12 00:10:00 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 148 | 71.196.101.48 | 2011-07-11 21:08:28 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 149 | 71.203.145.2 | 2011-06-15 14:33:39 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 150 | 71.203.18.132 | 2011-06-27 04:13:57 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 151 | 71.203.180.60 | 2011-06-03 04:14:18 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 152 | 71.251.84.79 | 2011-07-14 00:44:49 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 153 | 71.42.39.208 | 2011-06-20 15:15:26 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 154 | 72.184.113.24 | 2011-05-28 07:04:25 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 155 | 72.184.132.46 | 2011-07-10 10:31:00 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 156 | 72.184.199.131 | 2011-06-29 15:06:00 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 157 | 72.185.241.133 | 2011-06-01 17:29:23 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 158 | 72.185.34.148 | 2011-05-11 00:07:09 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 159 | 72.185.57.3 | 2011-06-07 14:22:57 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 160 | 72.186.19.138 | 2011-05-19 12:24:56 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 161 | 72.186.198.190 | 2011-05-17 21:25:01 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 162 | 72.186.29.22 | 2011-07-09 07:52:55 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 163 | 72.187.122.144 | 2011-06-10 20:42:54 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 164 | 72.188.200.224 | 2011-06-10 20:20:30 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 165 | 72.188.203.196 | 2011-05-27 02:59:44 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 166 | 72.188.204.1 | 2011-06-22 22:29:22 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 167 | 72.188.204.144 | 2011-05-27 22:45:35 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 168 | 72.188.206.37 | 2011-06-12 09:19:20 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 169 | 72.188.39.231 | 2011-05-27 10:47:32 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 170 | 72.189.174.4 | 2011-06-17 02:34:00 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 171 | 72.189.19.99 | 2011-06-09 13:29:27 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 172 | 72.189.195.139 | 2011-06-15 08:30:15 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 173 | 72.189.86.162 | 2011-07-25 02:43:46 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 174 | 72.216.59.232 | 2011-07-04 08:48:04 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 175 | 72.64.185.134 | 2011-06-01 19:59:27 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 176 | 72.77.164.32 | 2011-06-24 04:52:59 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 177 | 72.77.193.79 | 2011-06-18 23:30:25 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 178 | 75.202.179.23 | 2011-06-06 04:55:18 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 179 | 75.203.250.184 | 2011-06-04 18:38:35 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 180 | 75.204.108.245 | 2011-07-19 23:54:46 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 181 | 75.204.210.252 | 2011-06-02 00:34:35 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 182 | 75.204.37.145 | 2011-06-18 05:05:55 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 183 | 75.204.37.99 | 2011-05-29 16:15:06 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 184 | 75.204.94.77 | 2011-05-31 23:17:48 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 185 | 75.74.171.110 | 2011-07-12 00:11:51 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 186 | 75.74.192.227 | 2011-05-18 15:28:31 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 187 | 75.74.60.86 | 2011-05-22 02:41:54 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 188 | 75.74.62.174 | 2011-06-07 03:49:06 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 189 | 76.101.106.133 | 2011-05-13 13:02:16 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 190 | 76.101.94.200 | 2011-07-03 15:06:45 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 191 | 76.106.172.70 | 2011-07-08 16:08:12 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 192 | 76.106.189.220 | 2011-06-06 15:20:08 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 193 | 76.106.251.59 | 2011-07-06 00:36:11 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 194 | 76.108.219.115 | 2011-06-14 08:17:23 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 195 | 76.108.225.128 | 2011-05-29 05:02:25 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 196 | 76.108.228.214 | 2011-07-08 06:02:38 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 197 | 76.108.228.239 | 2011-05-27 02:30:29 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 198 | 76.108.244.200 | 2011-06-12 18:08:56 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 199 | 76.109.108.252 | 2011-06-08 11:08:11 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 200 | 76.109.250.216 | 2011-06-04 18:24:57 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 201 | 76.110.156.93 | 2011-07-08 00:01:52 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 202 | 76.110.199.141 | 2011-06-14 16:35:03 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 203 | 76.110.33.119 | 2011-07-02 21:39:35 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 204 | 76.122.16.82 | 2011-06-13 02:54:30 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 205 | 76.122.34.157 | 2011-06-19 03:13:49 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 206 | 76.122.40.239 | 2011-06-08 14:08:42 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 207 | 76.123.71.77 | 2011-05-22 02:59:50 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 208 | 76.18.196.65 | 2011-05-28 00:59:44 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| --- | --- | --- | --- | --- | --- |
| Doe 209 | 76.18.4.60 | 2011-05-21 11:52:50 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 210 | 76.26.180.113 | 2011-06-24 23:17:21 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 211 | 76.26.40.181 | 2011-07-05 17:26:45 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 212 | 76.26.52.131 | 2011-05-20 22:43:35 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 213 | 76.29.133.84 | 2011-07-08 10:28:59 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 214 | 76.29.154.202 | 2011-06-11 18:50:12 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 215 | 96.228.211.172 | 2011-05-16 00:59:03 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 216 | 96.243.148.153 | 2011-06-06 13:06:54 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 217 | 96.252.156.191 | 2011-06-04 19:04:46 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 218 | 96.252.221.195 | 2011-06-16 21:31:35 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 219 | 96.254.209.156 | 2011-06-27 08:13:33 -0400 | Verizon Internet Services | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 220 | 97.100.103.100 | 2011-06-12 08:08:51 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 221 | 97.100.244.155 | 2011-05-12 01:58:09 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 222 | 97.100.59.164 | 2011-05-23 18:52:53 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 223 | 97.100.66.33 | 2011-05-23 16:12:31 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 224 | 97.100.78.215 | 2011-07-06 10:55:34 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 225 | 97.102.136.82 | 2011-05-24 07:57:17 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 226 | 97.102.67.211 | 2011-05-24 13:05:01 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 227 | 97.102.74.119 | 2011-05-19 16:04:01 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 228 | 97.103.108.14 | 2011-05-12 21:35:38 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 229 | 97.103.11.134 | 2011-07-12 00:22:39 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 230 | 97.103.192.145 | 2011-07-01 08:27:54 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 231 | 97.104.222.177 | 2011-06-16 16:22:47 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 232 | 97.104.85.207 | 2011-05-26 14:06:55 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 233 | 97.76.215.249 | 2011-07-25 10:33:29 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 234 | 97.96.115.69 | 2011-07-13 16:50:30 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 235 | 97.97.226.129 | 2011-06-30 13:48:06 -0400 | Road Runner | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 236 | 98.170.200.234 | 2011-05-17 09:05:41 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 237 | 98.170.210.5 | 2011-07-23 12:14:13 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 238 | 98.170.217.150 | 2011-06-06 23:10:58 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 239 | 98.180.54.190 | 2011-05-28 01:52:25 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 240 | 98.180.6.173 | 2011-06-13 02:54:30 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 241 | 98.183.25.85 | 2011-07-03 21:58:51 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 242 | 98.183.30.11 | 2011-06-21 17:38:08 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 243 | 98.190.184.104 | 2011-05-15 14:35:56 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |

| Doe 244 | 98.190.41.95 | 2011-07-19 12:01:55 -0400 | COX COMMUNICATIONS | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 245 | 98.208.141.53 | 2011-06-19 03:28:27 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 246 | 98.211.157.142 | 2011-06-25 22:41:03 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 247 | 98.211.178.245 | 2011-05-13 05:47:36 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 248 | 98.224.35.32 | 2011-07-12 02:59:36 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 249 | 98.230.13.102 | 2011-07-02 02:58:33 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 250 | 98.230.41.222 | 2011-07-24 20:02:57 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 251 | 98.230.72.101 | 2011-06-09 02:59:57 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 252 | 98.231.94.249 | 2011-05-22 23:14:11 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 253 | 98.244.221.77 | 2011-05-17 01:03:58 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 254 | 98.244.224.120 | 2011-06-16 14:58:39 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 255 | 98.249.167.100 | 2011-05-29 06:27:33 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 256 | 98.254.121.18 | 2011-06-20 23:28:29 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 257 | 98.254.131.107 | 2011-05-27 18:11:52 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 258 | 98.254.241.238 | 2011-07-15 16:34:11 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |
| Doe 259 | 98.254.36.208 | 2011-05-22 00:01:09 -0400 | Comcast Cable | BitTorrent | c6be27d9167b3d7e8b5fd6f1c03a4c39da222c8d |