Terik Hashmi, JD, LLM (OH, FL/ND)
Email address: terik.hashmi.esq@transnationallawgroup.com
TRANSNATIONAL LAW GROUP, LLC
429 Lenox Avenue, Suite 5C13
Miami Beach, FL 33139
Tel: 888-731-8955
Fax: 305-721-1685

Attorney for Plaintiff Third Degree Films, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

| Third Degree Films, Inc. | CASE NO. 11-CV-00570 |
| --- | --- |
| Plaintiff, | **Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 30** |
| v. | |
| DOES 1-259, | |
| Defendants. | |

Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
| --- | --- | --- |
| Doe 30 | 173.65.49.162 | 2011-06-30 18:09:06 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: February 13, 2012

_____
Terik Hashmi, JD, LLM (OH, FL/ND)
Email address: terik.hashmi.esq@transnationallawgroup.c
TRANSNATIONAL LAW GROUP, LLC

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s) - Case No. 11-CV-00570     1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

429 Lenox Avenue, Suite 5C13
Miami Beach, FL 33139
Tel: 888-731-8955
Fax: 305-721-1685

Attorney for Plaintiff Third Degree Films, Inc.

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s) - Case No. 11-CV-00570    2