IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

ELEGANT ANGEL, INC.

    Plaintiff,

                                          **CONSOLIDATED**

v.                                         **CASE NO. 4:11cv570-RH/WCS**

DOES 1-87,                            CASE NO: 1:11cv243-RH/GRJ

    Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    Please take notice that Carlos A. Leyva, Esquire, of the Digital Business Law Group, P.A., hereby gives notice that I am admitted to practice in this court, and I appear in this case as counsel for DOE 82 and request that copies of all pleadings and papers of any type that are filed in this case be sent to the undersigned.

Dated: March 6, 2012

                                                    Respectfully submitted,

                                                    By: */s/* Carlos A. Leyva
                                                    Carlos A. Leyva, Esq.
                                                    Florida Bar No. 0051017
                                                    **DIGITAL BUSINESS LAW GROUP, P.A.**
                                                    1001 Starkey Rd. #18
                                                    Largo, FL  33771
                                                    (800) 516-7903 phone
                                                    (800) 257-9128 fax
                                                    cleyva@digitalbusinesslawgroup.com

                                                    **ATTORNEY FOR DOE 82**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing system as of March 6, 2012.

By: /s/ Carlos A. Leyva
Carlos A. Leyva, Esq.