IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

Civil Action No. 4:11-CV-00570-RH/WCS

**THIRD DEGREE FILMS, INC.,**

    Plaintiff,

vs.

**DOES 1 - 259,**

    Defendants.

_____/

## NOTICE OF APPEARANCE OF MARGOL & PENNINGTON, P.A., AS COUNSEL OF RECORD FOR DEFENDANT DOE #213

C. Rufus Pennington, III, and the law firm of Margol & Pennington, P.A., hereby give notice of their appearance as counsel of record on behalf of Defendant Doe #213 in the case of *Third Degree Films, Inc. v Does 1-375*; Case No. 4:11-CV-00572, which has been consolidated into this action. All parties and counsel are requested to serve copies of all pleadings and papers upon Margol & Pennington, P.A. at the address below.

PLEASE BE GOVERNED ACCORDINGLY.

MARGOL & PENNINGTON, P.A.

By: /s/ C. Rufus Pennington, III
C. Rufus Pennington, III
Florida Bar No. 329029
320 North First Street Suite 609
Jacksonville Beach, Florida 32250
Telephone: (904) 355-7508
Facsimile: (904) 355-1505
Email: rufus.pennington@gmail.com

Trial Counsel for Defendant Doe 213

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Terik Hashmi, Esq., of Transnational Law Group, LLC, 429 Lenox Avenue, Suite 5C13, Miami Beach, Florida 33139; and to Danny J. Simon Esq., Lalchandani Simon PL, 990 Biscayne Boulevard, Office 503, Miami, Florida 33132.

MARGOL & PENNINGTON, P.A.

By: /s/ C. Rufus Pennington, III
C. Rufus Pennington, III
Florida Bar No. 329029
320 North First Street Suite 609
Jacksonville Beach, Florida 32250
Telephone: (904) 355-7508
Facsimile: (904) 355-1505

Trial Counsel for Defendant Doe 213