UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THIRD DEGREE FILMS, INC.,

    VS                              CASE NO.  4:11cv570-RH/WCS

DOES 1 - 259,

**JUDGMENT**

The plaintiff's claims are dismissed without prejudice.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

 April 3, 2012                s/Pam Lourcey
DATE                      Deputy Clerk: Pam Lourcey